UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

JEREMIAH YOUNG  Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    ( )( )

Defendant __JEREMIAH YOUNG__ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

✓    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

/s/ Jeremiah Young
by DR
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

JEREMIAH YOUNG
_____
Print Defendant's Name

_David A. Ruhnke_
_____
Defendant's Counsel's Signature
08.10.2020

DAVID A. RUHNKE
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

08.10.2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge